**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor
Forest Hills, NY 11375
Tel.: 929.324.0717
Fax: 929.333.7774
E-mail: marskhaimovlaw@gmail.com

March 18, 2021

<u>VIA ECF</u>
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

Re:   <u>Josue Paguada v. One Source to Market, LLC, 1:21-cv-01098-SHS</u>

To the Honorable Judge Stein,

  This office represents the Plaintiff in the above-referenced action. Respectfully, Plaintiff is submitting this letter-motion seeking an adjournment of the initial pretrial conference, currently scheduled for March 19, 2021. Plaintiff has yet to receive a response from the Defendant herein, either formally or informally.

  This is the first time this relief is being sought from the Court. Defendant's consent was not obtained, as Defendant has failed to respond to the action and the Parties are not in communication. Plaintiffs proposed new date for the initial pretrial conference to take place is April 23, 2021, or any date agreeable to the Court thereafter.

                  **Respectfully,**

                  <u>/s/ Mars Khaimov. Esq</u>.

**The initial pretrial conference is adjourned to April 23, 2021, at 10:00 a.m.**

Dated: New York, New York
   March 18, 2021

SO ORDERED

*[Signature]*
SIDNEY H. STEIN
U.S.D.J.