UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JOSUE PAGUADA, individually, and on behalf : 21-Cv-1098 (SHS)
of himself and all others similarly situated,

                              Plaintiffs,                    ORDER

        -v-

ONE SOURCE TO MARKET, LLC,

                              Defendant.

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       Plaintiffs having filed a notice of settlement today [Doc. No. 11],

       IT IS HEREBY ORDERED that the initial conference scheduled for May 7, 2021, is adjourned to June 30, 2021, at 10:00 a.m. If a stipulation of dismissal is filed before June 30 the conference will be cancelled.

Dated: New York, New York
         May 6, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.