UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

JOSUE PAGUADA, on behalf of himself and all : 21-Cv-1098 (SHS)
others similarly situated,
                                            :
                    Plaintiffs
         -v-                                : ORDER

ONE SOURCE TO MARKET, LLC,                  :

                    Defendant.              :

----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Plaintiff having filed a notice of voluntary dismissal [Doc No. 13],

    IT IS HEREBY ORDERED that the Clerk of Court is directed to change the caption in this matter as follows:

----------------------------------------------------------x

JOSUE PAGUADA,                              :

                    Plaintiff,              :
         -v-
                                            :
CONAIR CORPORATION,
                                            :
                    Defendant.
----------------------------------------------------------x

    The Clerk of Court is directed to close this case.

Dated: New York, New York
       June 22, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.